STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SHELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-831 RS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER FOR CONTINUANCE OF** |
| v. ) | **STATUS CONFERENCE** |
| ) | **AND EXCLUSION OF TIME** |
| ) | |
| RUBEN QUINTIN SHELLS, ) | Date: July 30, 2013 |
| ) | Time: 2:30 p.m. |
| Defendant. ) | Court: The Honorable Richard Seeborg |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on July 30 at 2:30 p.m. for further hearing on defendant's competency to stand trial;

2. Pretrial Services has advised the parties that the evaluating doctor needs an additional week to complete his report and present the report to the Court in a timely manner prior to the next appearance;

3. Defense counsel is unavailable August 6, 2013. Accordingly, the parties jointly request a continuance of the status conference to August 13, 2013, at 2:30 p.m.

4. The parties stipulate that time continues to be excluded from the Speedy Trial calculations due to the fact that the defendant is in the process of undergoing

12-831 RS; Stipulation to Continue         1

competency proceedings. *See* 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

Dated: July 30, 2013

                                              /s/
                                     ELIZABETH M. FALK
                                     ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: July 30, 2013                     /s/
                                     CAROLYN SILANE
                                     ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from July 30, 2013 to August 13, 2013 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED: 7/30/13

                                     THE HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT JUDGE