STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SHELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> v. </br> </br> RUBEN QUINTIN SHELLS, </br> </br> Defendant. | No. CR 12-831 RS </br> </br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** </br> </br> Date: September 17, 2013 </br> Time: 2:30 p.m. </br> Court: The Honorable Richard Seeborg |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on September 17 at 2:30 p.m. for further hearing on defendant's competency to stand trial;

2. The parties have arranged a meeting with Mr. Shells' treating doctor, but due to the parties' schedules and vacation schedules, the meeting could not be arranged until October 7, 2013;

3. Accordingly, the parties jointly request a continuance of the status conference to October 22, 2013, at 2:30 p.m., to allow for post-meeting action and account for defense counsel's unavailability between October 9 and October 14, 2013;

4. The parties stipulate that time continues to be excluded from the Speedy Trial

12-831 RS; Stipulation to Continue          1

calculations due to the fact that the defendant is in the process of undergoing competency proceedings.  See 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

Dated: September 13, 2013

                                                          /s/
                                         ELIZABETH M. FALK
                                         ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: September 13, 2013

                                               /s/
                                         CAROLYN SILANE
                                         ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from September 17, 2013 to October 22, 2013 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED:  9/13/13

                                         THE HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE